**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION**

TED MANGUM, III                                                                                          PETITIONER

vs.                                                                            Civil Action No. 3:05-cv-731 HTW-LRA

LAWRENCE KELLY and JIM HOOD                                                            RESPONDENTS

**FINAL JUDGMENT**

This matter having come on pursuant to the Report and Recommendation of the United States Magistrate Judge, and this court, having adopted the same, hereby orders that the petition for writ of habeas corpus is dismissed with prejudice and final judgment is entered in favor of the respondents.  The above-styled and numbered cause is fully and finally dismissed.

**SO ORDERED, THIS THE 24th day of August, 2007.**

                                                                            **s/ HENRY T. WINGATE
                                                                            CHIEF UNITED STATES DISTRICT JUDGE**